No. 94–283. BROTHERHOOD OF LOCOMOTIVE ENGINEERS ET AL. *v.* KANSAS CITY SOUTHERN RAILWAY CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–287. GILLILAN *v.* TECCOR ELECTRONICS, INC. C. A. 5th Cir. Certiorari denied.

No. 94–289. WRIGHT ET AL. *v.* AMF CORP. ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 94–291. FREELAND ET AL. *v.* HARLEY-DAVIDSON, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–292. PITTSBURG STATE UNIVERSITY *v.* HURD. C. A. 10th Cir. Certiorari denied.

No. 94–293. BAILEY *v.* FLORIDA. Cir. Ct. Fla., Alachua County. Certiorari denied.

No. 94–297. PURICELLI *v.* MORRISVILLE BOROUGH, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–298. PORTER *v.* UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–302. WILSON *v.* BELIN ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–304. VILLAGE OF OCONOMOWOC LAKE *v.* DAYTON HUDSON CORP. ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–308. LOUISIANA *v.* CORLEY. Sup. Ct. La. Certiorari denied.

No. 94–309. LAMB ET AL. *v.* VILLAGE OF QUINCY. Ct. App. Ohio, Logan County. Certiorari denied.

No. 94–310. LEKVOLD *v.* WESTINGHOUSE HANFORD CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–313. AUTO CLUB INSURANCE ASSN. *v.* WHITE & WHITE, INC. Ct. App. Mich. Certiorari denied.